**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roy L. STOUDEMIRE, Defendant–**
**Appellant.**

**No. 02–7048.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Roy L. Stoudemire, Appellant Pro Se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before LUTTIG, MICHAEL and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roy L. Stoudemire seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Stoudemire has not made a substantial showing of the denial of a constitutional right. *See United States v. Stoudemire*, Nos. CR–00–191; CA–02–1978–8 (D.S.C. June 11, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*